# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MC JAB, INC., <br><br> Defendant. | NO. **4:13-cv-00056-JGZ** <br><br> **ORDER** <br><br> (The Hon. Frank R. Zapata) |

Having received McJab, Inc.'s Motion to Set Aside Application for Entry of Default and Motion for Extension of Time to File Responsive Pleading (First Request), and for good cause shown,

IT IS HEREBY ORDERED that the Application for Entry of Default is denied.

IT IS ALSO HEREBY ORDERED that McJab, Inc. shall have up and including May 31, 2013, to file a responsive pleading to the Complaint and any responsive filed during that time will not be stricken as untimely.

SO ORDERED.